

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/17/2022
```

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

BILAL HAIDER
*Assistant Corporation Counsel*
Phone: (212) 356-3549
bhaider@law.nyc.gov

June 16, 2022

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:     Chislett v. New York City Department of Education, et al.
                 21 Civ. 9650 (AT)

Your Honor:

        I am an attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants New York City Department of Education and Richard Carranza in the above-referenced matter. Defendants respectfully request that Your Honor adjourn the mediation referral dated January 14, 2022 *sine die*. Plaintiff consents to this request.

        On January 14, 2022, the Court referred this matter to the Court-annexed mediation program. (See Order dated January 14, 2022, ECF No. 10.) The parties' first mediation session scheduled for May 25, 2022 was rescheduled to June 23, 2022 due to, in part, the undersigned recovering from COVID-19 during the first two weeks of May. In advance of the June 23, 2022 mediation session, the parties engaged in good-faith preliminary settlement discussion, which resulted in plaintiff conveying her initial demand on June 14, 2022. However, the parties are too far apart in their evaluation of this case to possibly settle this matter at the current juncture. As such, defendants believe that a mediation session will not be productive at this time.

        The parties have agreed to proceed with discovery with the understanding that they may revisit settlement discussions prior to the close of fact discovery. Accordingly, defendants respectfully request that Your Honor adjourn the mediation referral *sine die*.

GRANTED. The parties are encouraged to reengage in settlement discussions prior to the close of fact discovery.

SO ORDERED.

Dated: June 17, 2022
        New York, New York

ANALISA TORRES
United States District Judge