UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LESLIE CHISLETT,

                Plaintiff,                21 **CIVIL** 9650 (JLR)

      -against-                    **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION
and RICHARD CARRANZA,

               Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2024, the Court GRANTS Defendants' motion for summary judgment. Plaintiff's claim under Section 1983 is dismissed. Accordingly, the case is closed.

**Dated:**  New York, New York
          March 14, 2024

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court

                                  **BY:**   _____
                                                             **Deputy Clerk**