UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LESLIE CHISLETT,

                        Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                        Defendants.

------------------------------------------------------------------X

21-CV-09650 (JLR)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

      On Thursday, September 25, 2025, the United States Court of Appeals for the Second Circuit vacated in part the District Court's grant of summary judgment and remanded the case for further proceedings. In light of this decision, the parties are reminded that they may contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference if they believe it would be productive. Given the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that any litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:    September 26, 2025
               New York, New York