UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE CHISLETT,

                          Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION and CHANCELLOR
RICHARD CARRANZA,

                       Defendants.

Case No. 1:21-cv-09650 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       On November 13, 2025, the United States Court of Appeals for the Second Circuit issued a mandate remanding the above-captioned case to this Court for further proceedings on Plaintiff's hostile work environment claim. *See* Dkt. 70. The Court will hold a jury trial on that claim beginning on **May 5, 2026**. All pretrial filings pursuant to Rules 5(A) and 5(B) of this Court's Individual Rules shall be submitted by **February 11, 2026**, and oppositions to any motions *in limine* shall be submitted by **February 18, 2026**. The parties shall appear for a final pretrial conference on **April 28, 2026**, at **10:00 a.m.** Both the final pretrial conference and the trial shall be held in **Courtroom 20B** of **500 Pearl Street, New York, New York, 10007**.

       This Order has no effect on the parties' scheduled settlement conference before Judge Netburn on December 19, 2025. *See* Dkt. 68.

Dated: November 20, 2025
        New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*

                              JENNIFER L. ROCHON
                              United States District Judge