UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE CHISLETT,<br><br>                Plaintiff,<br><br>      -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION and CHANCELLOR RICHARD CARRANZA,<br><br>                Defendants. | Case No. 1:21-cv-09650 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Due to a conflict in the Court's schedule, jury trial in this matter shall commence on **May 6, 2025**. All other dates in the Court's November 20, 2025 Order remain in effect.

Dated: November 25, 2025
       New York, New York

                                          SO ORDERED.

                                          JENNIFER L. ROCHON
                                          United States District Judge